UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID VOLZ, NICHOLAS ARMADA, SCOTT COOK, AHMED KHALEEL, STEPHANIE BRIDGES, and JUAN SQUIABRO,<br>Plaintiffs,<br>vs.<br>THE COCA-COLA COMPANY and ENERGY BRANDS INC.,<br>Defendants. | Civil No. 1:10-cv-00879-MRB-SKB<br><br>NOTICE OF APPEARANCE ON BEHALF OF OBJECTOR DAVID JAY FERENCE |

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF OBJECTOR DAVID JAY FERENCE

To: The Clerk of Court and all parties and attorneys of record:

I am admitted or otherwise authorized to practice in this court. Please take notice of my appearance as counsel of record for objector and class member DAVID JAY FERENCE per the objection filed on 11-14-14 [DE 58]:

Dated: December 22, 2014

By: /s/ Simina Vourlis
Simina Vourlis, Attorney
The Law Office of Simina Vourlis
1689 W. Third Ave.
Columbus, OH 43212
Email: svourlis@vourlislaw.com
Telephone: (614).487-5900
Fax. (614-487-5901)

1

_____
David Jay Ference, Objector

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the December 22, 2014 and served by the same means on all counsel of record.

/s/ Simina Vourlis

2