# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DAVID VOLZ, NICHOLAS ARMADA, SCOTT COOK, AHMED KHALEEL, STEPHANIE BRIDGES, and JUAN SQUIABRO,<br>　　　　　Plaintiffs,<br>vs.<br><br>THE COCA-COLA COMPANY and ENERGY BRANDS INC.,<br>　　　　　Defendants. | Civil No. 1:10-cv-00879-MRB-SKB<br><br>**NOTICE OF APPEAL** |

## **NOTICE OF APPEAL**

　　Notice is hereby given that DAVID JAY FERENCE, hereby appeals to the Sixth Circuit from the Final Approval Order and Judgment of Dismissal With Prejudice [DE 70] of the United States District Court, Southern District of Ohio Western Division, entered in this action on 3-30-15 and Order Granting Motion for Attorney Fees [DE 71] on 3-31-15.

Dated: April 21, 2015　　　　　　　　By: /s/ Simina Vourlis
　　　　　　　　　　　　　　　　　　　　Simina Vourlis
　　　　　　　　　　　　　　　　　　　　Attorney for Appellant
　　　　　　　　　　　　　　　　　　　　The Law Office of Simina Vourlis
　　　　　　　　　　　　　　　　　　　　1689 W. Third Ave.
　　　　　　　　　　　　　　　　　　　　Columbus, OH 43212
　　　　　　　　　　　　　　　　　　　　Email: svourlis@vourlislaw.com
　　　　　　　　　　　　　　　　　　　　Telephone: (614) 487-5900
　　　　　　　　　　　　　　　　　　　　Fax. (614)-487-5901

1

**NOTICE OF APPEAL ON BEHALF OF DAVID JAY FERENCE**

Volz v. The Coca-Cola Co., No. 1:10-cv-00879-MRB-SKB

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the April 21, 2015 and served by the same means on all counsel of record.

/s/ Simina Vourlis