**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 02, 2015

Mr. Michael L. Cioffi
Blank Rome
201 E. Fifth Street
Suite 1700
Cincinnati, OH 45202

Honorable Nathaniel R. Jones
Blank Rome
201 E. Fifth Street
Suite 1701 PNC Center
Cincinnati, OH 45202

Mr. Thomas Harold Stewart
Blank Rome
201 E. Fifth Street
Suite 1700
Cincinnati, OH 45202

Ms. Simina Vourlis
Law Office
1689 W. Third Avenue
Columbus, OH 43212-6710

Mr. Richard Stuart Wayne
Strauss & Troy
150 E. Fourth Street
Fourth Floor
Cincinnati, OH 45202

     Re: Case No. 15-3443, *David Volz v. Coca-Cola Company, et al*
       Originating Case No. : 1:10-cv-00879

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

        Sincerely yours,

        s/Connie A. Weiskittel
        Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 15-3443

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DAVID JAY FERENCE

    Objector - Appellant

 and

DAVID VOLZ; AHMED KHALEEL;
NICHOLAS ARMADA; SCOTT COOK;
STEPHANIE BRIDGES; JUAN SQUIABRO

    Plaintiffs - Appellees

v.

COCA-COLA COMPANY;
ENERGY BRANDS INC.

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                           **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 02, 2015